UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GEMMA E. TREMBLAY,    06-CV-0110E(Sc)
          Plaintiff,

   -vs-
                                                               ORDER
MICHAEL J. ASTRUE,
  Commissioner of the Social Security,
          Defendant.

---

       The Honorable Hugh B. Scott, a Magistrate Judge in this judicial district, having conducted all proceedings necessary to determine the merits of factual and legal issues presented in this matter pursuant to this Court's referral under 28 U.S.C. §636(b)(1)(B), and having on February 26, 2007 filed his Report and Recommendation concerning such and no objection thereto having been made, it is hereby

       **ORDERED** that said Report and Recommendation is fully confirmed, that the plaintiff's motion for judgment on the pleadings is granted, that the defendant's motion for judgment on the pleadings is denied and that the Commissioner's decision is reversed and this matter is remanded for further administrative proceedings.

DATED:    Buffalo, N.Y.

             March 14, 2007

                                                                         */s/ John T. Elfvin*
                                                                          JOHN T. ELFVIN
                                                                             S.U.S.D.J.